AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John Gene MITCHELL | ) | Case No. 7:19-M-398-01 |
| | ) | |
| *Defendant(s)* | ) | |

Harwood (NotA) FILED
NOV 25 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 21, 2019__ in the county of __Martin__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C 841(a)(1) | Knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 5 grams or more of actual methamphetamine. |
| 18 U.S.C. 922(g) | Felon in possession of firearms/ammunition. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jesse Metcalf, MCSO Investigator
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-25-19

_____
*Judge's signature*

City and state: Midland, Texas

United States Magistrate Judge Ronald C. Griffin
*Printed name and title*