IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
NOV 25 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR. NO. MO-19-MJ- 398-01 |
| | ) |
| JOHN GENE MITCHELL | ) |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings **instanter**; that the Defendant is incarcerated and is now in the custody of Martin County Jail, Stanton, Texas.

Wherefore, the Government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to Sheriff of Martin County, Martin County Jail, Stanton, Texas commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Federal Court, Midland, Texas, **instanter, for the purpose of said proceedings, and any further proceedings to be had in this cause**.

JOHN F. BASH
UNITED STATES ATTORNEY

By: _____
GLENN HARWOOD
Assistant United States Attorney
400 W. Illinois, Suite 1200
Midland, Texas 79701
432-686-4110
432-686-4131 FAX