**FILED**

**DEC 1 8 2019**

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                   Plaintiff,<br><br>V.<br><br>JOHN GENE MITCHELL,<br>                   Defendant. | CRIMINAL NO.<br>**INDICTMENT**    **MO19CR.260**<br><br>[Vio: 21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute a Controlled<br>Substance<br>18 U.S.C. § 922(g)(1)<br>Felon in possession of a firearm] |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

That on or about November 21, 2019, in the Western District of Texas, the Defendant,

**JOHN GENE MITCHELL,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved five (5) grams or more of actual methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

<u>**SERIOUS DRUG FELONY**</u>

Before the Defendant, **JOHN GENE MITCHELL**, committed the offense charged in this case, the Defendant was convicted of Conspiracy to Distribute 50 grams and more of Methamphetamine and Attempt to Possess with Intent to Distribute 500 grams and more of a Mixture and substance containing Methamphetamine, on or about January 12, 2006, in the District of New Mexico in 2:04-CR-01313-013RB, a serious drug felony, for which the Defendant served a term of imprisonment of more than 12 months, and for which the Defendant's release from any term of imprisonment was within 15 years of the commencement of the instant offense.

## COUNT TWO
[18 U.S.C. §§ 922(g)1]

Beginning on or about November 5, 2019 and continuing until on or about November 12, 2019, in the Western District of Texas, the Defendant,

**JOHN GENE MITCHELL,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Savage .22 Caliber Rifle and Ruger .40 Caliber Handgun, and the firearms were in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

*Original signed by the foreperson of the Grand Jury*

JOHN F. BASH
UNITED STATES ATTORNEY

*[signature]*

MONICA L. DANIELS
Assistant United States Attorney