FILED

DEC 1 8 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br><br>JOHN GENE MITCHELL<br>Defendant. | CRIMINAL NO. MO-19-MO19CR.260<br><br>SENTENCING ENHANCEMENT<br><br>**INFORMATION**<br><br>[Vio: 21 U.S.C. § 841(b)(1)(B) &<br>21 U.S.C. § 851 Enhancement<br>Information, Prior Serious Drug<br>Felony Conviction] |

**THE UNITED STATES ATTORNEY CHARGES**:

Before the Defendant, **JOHN GENE MITCHELL**, committed the offense charged in this case, the Defendant had been convicted of Conspiracy to Distribute 50 grams and more of Methamphetamine, and Attempt to Possess with Intent to Distribute 500 grams and more of a Mixture and Substance containing a detectable amount of Methamphetamine on or about January 12, 2006, in the District of New Mexico in 2:04-CR-01313-013RB, a serious drug felony, for which the Defendant served a term of imprisonment of more than 12 months, and for which the Defendant's release from any term of imprisonment was within 15 years of the commencement of the instant offense. As a result of that conviction, the Defendant, **JOHN GENE MITCHELL**, is subject to increased punishment under Title 21, United States Code, Section 841(b)(1)(B).

Due to the Defendant's prior serious drug felony, this statute provides for a minimum term of imprisonment of ten (10) years, for a maximum term of life imprisonment, for a term of supervised release of at least eight (8) years, up to a lifetime supervised release, and for a fine of $8,000,000, and that, notwithstanding any other provision of law, the Court shall not suspend the sentence of, or grant a probationary sentence to Defendant, nor shall Defendant be eligible for parole.

                          Respectfully submitted,

                          JOHN F. BASH
                          UNITED STATES ATTORNEY

By:       */s/ Monica L. Daniels*
                          MONICA L. DANIELS
                          Assistant United States Attorney
                          FL State Bar No. 115439
                          400 W. Illinois, Suite 1200
                          Midland, Texas 79701
                          432-686-4110
                          432-686-4131 FAX