UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| United States of America | § | |
| --- | --- | --- |
| | § | |
| vs. | § | NO:  MO:19-CR-00260(1)-DC |
| | § | |
| (1) John Gene Mitchell | § | |

## ORDER SETTING STATUS CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **Friday, January 17, 2020 at 01:30 PM**, in Midland Magistrate Courtroom, on the First Floor of the United States Courthouse, 200 E. Wall, Midland, TX .

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **8th day of January, 2020.**

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE